# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

140221

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 140221
                                   COA: 294502
AARON BROWN STEPHENS,          Oakland CC: 2008-222513-FH
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 20, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010                             _____

p0322                                          Clerk